**Honorable Jennifer H. Rochon**

United States District Court

Southern District of New York

500 Pearl Street

New York, NY 10007

Re: Request for intervention pursuant to 20 U.S Code § 1709

**Case No.: 24-CV-5547(JLR)**

Dear Judge Rochon,

I am writing to request that the Court recommend this case to the U.S Attorney-Civil Rights Unit, pursuant to 20 U.S. Code § 1709 for intervention on my behalf.

As a pro se litigant I have faced significant challenges in advancing this case due to my lack of legal resources (Wex Law etc) however I am considerably grateful for the opportunity. That said, the defendants' counsel has refused to engage in substantive discussions with me, citing my lack of legal representation. This has significantly hindered progress, despite my best efforts to represent myself diligently and in good faith.

The evidence I have suggests that the defendants engaged in a pattern of denying certain students access to Federal Student Aid, based on their presumed risk of loan default (being low income). Or in my case, students' who had prior defaulted FFEL loans(low income Graduate Student). The purpose of the Defendants discriminatory acts, is for the institution to maintain a low Cohort Default Rate (CDR) in order to continue receiving federal funding, while circumventing their responsibility to properly prepare students, so that loan default isn't necessary. Essentially offloading their responsibility, per the institution's Title IV participation Agreement, on to financially vulnerable students. Students who use private loans as oppose to Federally Subsidized loans are not beholding to the institutions CDR.

The Defendants conspire to protect their Cohort Default Rate by siphoning low income students towards high interest private student loans despite their eligibility for Federal Aid. They did this to me by withholding and obfuscating critical material information about my restored Federal Student Aid eligibility; information that would otherwise be clear and obvious. Similar to "red lining" or a "poll test". The Defendants actions are meant to frustrate Low-Income students and leave them with the only options of using private student loans or dropping out. Thus eliminating the risk of said Low-Income student from negatively affecting the institutions Cohort Default Rate.

The broader significance of this issue is underscored by the fact that the Defendants recently received a $300 million federally funded training vessel. Recommending the U.S Attorney intervene on my behalf would underscore the public interest in ensuring their compliance with federal regulations and guaranteeing all eligible students have fair access to the new training ship. Given the complexity of this litigation and the importance of these issues, the U.S Attorneys' involvement could help ensure a thorough investigation and proper resolution.

I respectfully request the Court's consideration in making this recommendation. Which would assist in addressing the harms I have personally experienced and ensure accountability for any systemic misconduct that undermines the integrity of federal student aid programs.

I have sent a copy of the complaint along with a request for intervention on my behalf (20 US Code 1709) to the U.S Attorney-Civil Rights Unit, at 86 Chamber Street NY, NY

Thank you for your attention to this matter. Please let me know if any additional information is required.


Respectfully,

Malcolm DuBose

*/s/ Malcolm DuBose*