**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MALCOM DUBOSE,

                      Plaintiff,

-against-                                    24 **CIVIL** 5547 (JLR)

                                                      **<u>JUDGMENT</u>**

SUNY MARITIME COLLEGE OFFICE OF
FINANCIAL AID, ANDREA DAMAR,
ROXANNE THOMPSON, LLENY DE LA
CRUZ, LU-ANNE PLAISANCE, ROBIN
MARSHALL, and DEFENDANTS KNOWN
AND UNKNOWN,

                      Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 23, 2025, Defendants motion to dismiss is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

      May 23, 2025

                                                               **TAMMI M. HELLWIG**
                                                                 **Clerk of Court**

                           **BY:**

                                                                 **Deputy Clerk**