UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALCOLM DUBOSE,

                    Plaintiff,

          -against-

SUNY MARITIME COLLEGE OFFICE OF FINANCIAL AID, *et al.*,

                    Defendants.

Case No. 1:24-cv-05547 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of Plaintiff's letter seeking guidance on how to move forward with an appeal. *See* Dkt. 78. Plaintiff is directed to contact the *pro se* office for assistance:

Pro Se Intake Unit
500 Pearl Street, Room 205
New York, NY 10007
Email: ProSe@nysd.uscourts.gov
Phone: (212) 805-0175
Website: https://www.nysd.uscourts.gov/prose

Dated: September 19, 2025
       New York, New York

                                SO ORDERED.

                                *Jennifer Rochon*
                                JENNIFER L. ROCHON
                                United States District Judge